| | |
|---|---|
| 1 | CLARK S. STONE (SBN 202123) |
| | JENNIFER M. LANTZ (SBN 202252) |
| 2 | INCHAN A. KWON (SBN 247614) |
| | HAYNES AND BOONE, LLP |
| 3 | 2033 Gateway Place, Suite 400 |
| | San Jose, California 95110 |
| 4 | Phone: (408) 392-9250 |
| | Facsimile: (408) 392-9262 |
| 5 | E-mail:clark.stone@haynesboone.com |
| | jennifer.lantz@haynesboone.com |
| 6 | inchan.kwon@haynesboone.com |
| 7 | Attorneys for Plaintiff |
| | ZIRCON CORPORATION |
| 8 | |
| | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 9 | VERNON H. GRANNEMAN (SBN 83532) |
| | vernon.granneman@pillsburylaw.com |
| 10 | DIANNE L. SWEENEY (SBN 187198) |
| | dianne.sweeney@pillsburylaw.com |
| 11 | 2475 Hanover Street |
| | Palo Alto, CA 94304-1114 |
| 12 | Telephone: (650) 233-4500 |
| | Facsimile: (650) 233-4545 |
| 13 | |
| | Attorneys for Defendant |
| 14 | THE STANLEY WORKS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZIRCON CORPORATION, a California corporation, | Case No. C 09-0042 PJH |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO ENLARGE DEFENDANT'S TIME TO RESPOND TO COMPLAINT AND TO RESCHEDULE THE INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES** |
| v. | |
| THE STANLEY WORKS, a Connecticut corporation, | |
| Defendant. | Judge: Honorable Phyllis J. Hamilton |
| | Date Comp. Filed: January 6, 2009 |
| | Trial Date: None set |

1   This stipulation is entered into by and between Defendant The Stanley Works ("Stanley")
2   and Plaintiff Zircon Corporation ("Zircon") through their counsel of record as follows:
3   WHEREAS, Stanley was served with the Summons and Complaint in this matter on May
4   4, 2009;
5   WHEREAS, Stanley's answer or other response to the Complaint is due on May 26, 2009;
6   WHEREAS, this Court issued an Order Setting Case Management Conference on May 13,
7   2009, setting the date of the initial case management conference for June 4, 2009, with a joint case
8   management statement due on May 28, 2009;
9   WHEREAS, the parties have been and are currently actively engaged in negotiations to
10  reach a resolution of their dispute without further litigation, the parties intend to continue to said
11  negotiations, and said negotiations would greatly benefit from an extension of time to permit the
12  parties to work out the details of a possible settlement without the need to concurrently meet
13  imminent litigation deadlines; and
14  WHEREAS, neither party has previously requested an extension of time in this action;
15
16  NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, through
17  their respective counsel of record, that:
18  1)   Pursuant to Civil L.R. 6-1(a), the deadline for Stanley to answer or otherwise
19  respond to the Complaint shall be extended sixty (60) days, to Monday, July 27, 2009;
20  2)   Pursuant to Civil L.R. 6-1(b) and this Court's Order Setting Case Management
21  Conference, the initial case management conference shall be postponed from June 4, 2009 to
22  August 6, 2009, at 2:30 p.m. in Courtroom 5, 17th Floor, Federal Building, 450 Golden Gate
23  Avenue, San Francisco, California or the next available date for the Court; and
24  3)   The parties shall file both the (a) joint initial case management conference
25  statement addressing each of the items listed in the "Standing Order For All Judges of the
26  Northern District -- Contents of Joint Case Management statement" and (b) the necessary ADR
27  filings as required by Civil L.R. 16-8(b)-(c) and ADR L.R. 3-5(b) (*e.g.*, ADR certification and
28

1  either the ADR process selection stipulation or notice for a phone conference) seven (7) calendar
2  days before the date of the rescheduled conference.
3      IT IS SO STIPULATED.

4  DATED:  May 15, 2009      PILLSBURY WINTHROP SHAW PITTMAN LLP

By  */s/ Dianne L. Sweeney*
Dianne L. Sweeney
Attorneys for Defendant
THE STANLEY WORKS

9  DATED:  May 15, 2009      HAYNES AND BOONE, LLP

By  */s/ Clark S. Stone*
Clark S. Stone
Attorneys for Plaintiff
ZIRCON CORPORATION

14      I hereby attest that I have the concurrence of Clark S. Stone to file this document.

By  */s/ Dianne L. Sweeney*
Dianne L. Sweeney

19      PURSUANT TO STIPULATION, IT IS SO ORDERED.

22  DATED:  May 19, 2009

Hon. Phyllis J. Hamilton
United States District Judge

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton

---

**STIPULATION AND [PROPOSED] ORDER TO ENLARGE DEFENDANT'S TIME TO RESPOND TO COMPLAINT AND TO RESCHEDULE THE INITIAL CASE MANAGEMENT CONFERENCE – CASE NO. C 09-0042 PJH**      3