CLARK S. STONE (SBN 202123)
JENNIFER M. LANTZ (SBN 202252)
INCHAN A. KWON (SBN 247614)
**HAYNES AND BOONE, LLP**
2033 Gateway Place, Suite 400
San Jose, California 95110
Phone: (408) 392-9250
Facsimile: (408) 392-9262
E-mail: clark.stone@haynesboone.com
          jennifer.lantz@haynesboone.com
          inchan.kwon@haynesboone.com

Attorneys for Plaintiff
ZIRCON CORPORATION

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
VERNON H. GRANNEMAN (SBN 83532)
vernon.granneman@pillsburylaw.com
DIANNE L. SWEENEY (SBN 187198)
dianne.sweeney@pillsburylaw.com
2475 Hanover Street
Palo Alto, California 94304
Phone: (650) 233-4500
Facsimile: (650) 233-4545

Attorneys for Defendant
THE STANLEY WORKS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZIRCON CORPORATION, a California corporation,<br><br>          Plaintiff,<br><br>v.<br><br>THE STANLEY WORKS, a Connecticut corporation,<br><br>          Defendant. | Case No. C 09-0042 PJH<br><br>**STIPULATION AND [P~~ROPOSED~~] ORDER TO ENLARGE DEFENDANT'S TIME TO RESPOND TO COMPLAINT AND TO RESCHEDULE THE INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES**<br><br>Judge: Honorable Phyllis J. Hamilton<br>Date Comp. Filed: January 6, 2009<br>Trial Date: None set |

1   This stipulation is entered into by and between Defendant The Stanley Works ("Stanley")
2   and Plaintiff Zircon Corporation ("Zircon") as follows:

4   WHEREAS, this Court previously issued, on May 19, 2009, an Order to Enlarge
5   Defendant's Time to Respond to Complaint and to Reschedule the Initial Case Management
6   Conference and Associated Dates, pursuant to stipulation by the parties;
7   WHEREAS, said Order set the due date for Stanley's answer or other response to the
8   Complaint for July 27, 2009, and rescheduled the initial case management conference to August 6,
9   2009;
10  WHEREAS, the parties, having met on July 16, 2009 to discuss a business resolution of
11  their dispute, are optimistic that such a resolution can be reached; and
12  WHEREAS, the parties anticipate further discussions regarding said business resolution
13  will extend into late summer or early fall, and the parties' negotiations would therefore greatly
14  benefit from a further extension of time to permit the parties to work out the details of a possible
15  settlement without the need to concurrently meet imminent litigation deadlines;

17  NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, through
18  their respective counsel of record, that:
19  1)   Pursuant to Local Rules 6-1(b) and 6-2, the deadline for Stanley to answer or
20  otherwise respond to the Complaint shall be extended a further forty-five days (45) days to
21  Thursday, September 10, 2009;
22  2)   Pursuant to Local Rules 6-1(b) and 6-2, the initial case management conference
23  shall be further postponed to no earlier than September 24, 2009, and the joint initial case
24  management conference statement shall be due seven calendar days before the date of the
25  rescheduled conference.
26  3)   In the event the Court requires the case management conference to proceed on
27  August 6, 2009 as currently scheduled, then pursuant to Local Rules 6-1(a), the parties agree that
28  Stanley shall file its response to Zircon's complaint within three (3) court days from the date that

1  parties receive ECF notice of the Court's order as to this proposed stipulation and that Zircon shall
2  take no adverse action as to Stanley (*e.g.*, seeking default) in said timeframe.

3
4
5       IT IS SO STIPULATED.
6
7  DATED: July 27, 2009                    PILLSBURY WINTHROP SHAW PITTMAN LLP

8                                          By  */s/ Dianne L. Sweeney*
                                               Dianne L. Sweeney
9                                              Attorneys for Defendant
                                               THE STANLEY WORKS
10
11 DATED: July 27, 2009                    HAYNES AND BOONE, LLP
12
                                           By  */s/ Clark S. Stone*
13                                             Clark S. Stone
                                               Attorneys for Plaintiff
14                                             ZIRCON CORPORATION

15      IT IS SO ORDERED.
16
17 DATED: July  29 , 2009                  _____
                                           Hon. Phyllis J Hamilton
18                                         United States District

19   CASE MANAGEMENT CONFERENCE IS CONTINUED
     TO OCTOBER 15, 2009 AT 2:30 P.M.  A JOINT CASE
20   MANAGEMENT CONFERENCE STATEMENT SHALL
     BE FILED BY OCTOBER 8, 2009.
21

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

22
23
24
25
26
27
28

**STIPULATION AND [PROPOSED] ORDER TO ENLARGE DEFENDANT'S TIME TO RESPOND TO COMPLAINT AND TO
RESCHEDULE THE INITIAL CASE MANAGEMENT CONFERENCE – CASE NO. C 09-0042 PJH**                    2