CLARK S. STONE (SBN 202123)
JENNIFER M. LANTZ (SBN 202252)
INCHAN A. KWON (SBN 247614)
**HAYNES AND BOONE, LLP**
2033 Gateway Place, Suite 400
San Jose, California 95110
Phone: (408) 392-9250
Facsimile: (408) 392-9262
E-mail:clark.stone@haynesboone.com
       jennifer.lantz@haynesboone.com
       inchan.kwon@haynesboone.com

Attorneys for Plaintiff
ZIRCON CORPORATION

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
VERNON H. GRANNEMAN (SBN 83532)
vernon.granneman@pillsburylaw.com
DIANNE L. SWEENEY (SBN 187198)
dianne.sweeney@pillsburylaw.com
2475 Hanover Street
Palo Alto, California 94304
Phone: (650) 233-4500
Facsimile: (650) 233-4545

BRYAN P. COLLINS (admitted *pro hac vice*)
bryan.collins@pillsburylaw.com
1650 Tysons Blvd.
McLean, Virginia 22102
Phone: (703) 770-7538
Facsimile: (703) 770-7900

Attorneys for Defendant
THE STANLEY WORKS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ZIRCON CORPORATION, a California corporation,<br><br>             Plaintiff,<br><br>v.<br><br>THE STANLEY WORKS, a Connecticut corporation,<br><br>             Defendant. | Case No. 4:09-cv-00042 PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO ENTER CASE SCHEDULE**<br><br>Judge: Honorable Phyllis J. Hamilton<br>Date Comp. Filed: January 6, 2009<br>Trial Date: None set |

**STIPULATION AND [PROPOSED] ORDER TO ENTER CASE SCHEDULE – CASE NO. 4:09-cv-00042 PJH**

|     |     |
| --- | --- |
| 1   | This stipulation is entered into by and between Plaintiff Zircon Corporation ("Zircon") and Defendant The Stanley Works ("Stanley") as follows: |
| 2   |     |
| 3   | WHEREAS, at the parties' Initial Case Management Conference on October 15, 2009, the court set the date of the claim construction hearing for August 4, 2010 at 9:00 a.m., and the date of the tutorial for July 12, 2010 at 9:00 a.m.; |
| 4   |     |
| 5   |     |
| 6   | WHEREAS, the court further ordered that the parties submit a stipulation as to all other pre-claim construction hearing dates within two weeks of the Initial Case Management Conference; and |
| 7   |     |
| 8   |     |
| 9   | WHEREAS, the court further ordered that all other pretrial dates will be set after the ruling on claim construction issues; |
| 10  |     |
| 11  | NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, through their respective counsel of record, to entry of the following proposed case schedule in this action: |
| 12  |     |

| Event | Proposed Date |
| --- | --- |
| Initial Disclosures and Commence Claim Construction Fact Discovery | January 15, 2010 |
| Initial Disclosures Under Patent L. R. 3-1 and 3-2 (Disclosure of Asserted Claims and Infringement Contentions) | January 29, 2010 |
| Initial Disclosures Under Patent L. R. 3-3 and 3-4 (Invalidity Contentions) | March 8, 2010 |
| Exchange of Proposed Terms for Construction | March 17, 2010 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence (Including Any Anticipated Expert Opinions/Testimony) | April 5, 2010 |
| Exchange of Rebuttal Expert Opinions/Testimony | April 20, 2010 |
| Joint Claim Construction and Prehearing Statement | May 4, 2010 |
| Completion of Claim Construction Discovery | June 1, 2010 |
| Opening Claim Construction Briefs | June 17, 2010 |
| Responsive Claim Construction Briefs | June 30, 2010 |
| Reply Claim Construction Briefs | July 7, 2010 |

| | |
|---|---|
| Tutorial | July 12, 2010, 9:00 a.m. |
| <u>Markman</u> Claim Construction Hearing | August 4, 2010, 9:00 a.m. |

IT IS SO STIPULATED.

DATED: October 28, 2009    HAYNES AND BOONE, LLP

By /c/ Clark S. Stone
    Clark S. Stone
    Attorneys for Plaintiff
    ZIRCON CORPORATION

DATED: October 28, 2009    PILLSBURY WINTHROP SHAW PITTMAN LLP

By /c/ Bryan P. Collins
    Bryan P. Collins
    Attorneys for Defendant
    THE STANLEY WORKS

*Filer's Attestation: Pursuant to General Order No. 45, Section X.B. regarding non-filing signatories, Clark S. Stone hereby attests that concurrence in the filing of this Stipulation has been obtained from Bryan P. Collins*

IT IS SO ORDERED.

DATED: <u>November 2</u>____, 2009

Hon. Phyllis J Hamilton
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*