1   CLARK S. STONE (SBN 202123)
JENNIFER M. LANTZ (SBN 202252)
2   INCHAN A. KWON (SBN 247614)
**HAYNES AND BOONE, LLP**
3   2033 Gateway Place, Suite 400
San Jose, California 95110
4   Phone:  (408) 392-9250
Facsimile: (408) 392-9262
5   E-mail:clark.stone@haynesboone.com
         jennifer.lantz@haynesboone.com
6          inchan.kwon@haynesboone.com

7   Attorneys for Plaintiff
8   ZIRCON CORPORATION

9   **PILLSBURY WINTHROP SHAW PITTMAN LLP**
VERNON H. GRANNEMAN (SBN 83532)
10   vernon.granneman@pillsburylaw.com
DIANNE L. SWEENEY (SBN 187198)
11   dianne.sweeney@pillsburylaw.com
12   2475 Hanover Street
Palo Alto, California 94304
13   Phone: (650) 233-4500
Facsimile: (650) 233-4545
14

15   BRYAN P. COLLINS (admitted *pro hac vice*)
bryan.collins@pillsburylaw.com
16   1650 Tysons Blvd.
McLean, Virginia 22102
17   Phone: (703) 770-7538
Facsimile: (703) 770-7900
18

19   Attorneys for Defendant
THE STANLEY WORKS

20             UNITED STATES DISTRICT COURT

21        NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

22

23   ZIRCON CORPORATION, a California
corporation,
         Case No. 4:09-cv-00042 PJH

24             Plaintiff,
         **STIPULATION AND [~~PROPOSED~~]
ORDER TO ENTER CASE SCHEDULE**

25   v.
         Judge: Honorable Phyllis J. Hamilton
Date Comp. Filed: January 6, 2009
26   THE STANLEY WORKS, a Connecticut
corporation,
         Trial Date: None set

27             Defendant.

28

This stipulation is entered into by and between Plaintiff Zircon Corporation ("Zircon") and Defendant The Stanley Works ("Stanley") as follows:

WHEREAS, at the parties' Initial Case Management Conference on October 15, 2009, the court set the date of the claim construction hearing for August 4, 2010 at 9:00 a.m., and the date of the tutorial for July 12, 2010 at 9:00 a.m.;

WHEREAS, the court further ordered that the parties submit a stipulation as to all other pre-claim construction hearing dates within two weeks of the Initial Case Management Conference; and

WHEREAS, the court further ordered that all other pretrial dates will be set after the ruling on claim construction issues;

NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, through their respective counsel of record, to entry of the following proposed case schedule in this action:

| Event | Proposed Date |
|---|---|
| Initial Disclosures and Commence Claim Construction Fact Discovery | January 15, 2010 |
| Initial Disclosures Under Patent L. R. 3-1 and 3-2 (Disclosure of Asserted Claims and Infringement Contentions) | January 29, 2010 |
| Initial Disclosures Under Patent L. R. 3-3 and 3-4 (Invalidity Contentions) | March 8, 2010 |
| Exchange of Proposed Terms for Construction | March 17, 2010 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence (Including Any Anticipated Expert Opinions/Testimony) | April 5, 2010 |
| Exchange of Rebuttal Expert Opinions/Testimony | April 20, 2010 |
| Joint Claim Construction and Prehearing Statement | May 4, 2010 |
| Completion of Claim Construction Discovery | June 1, 2010 |
| Opening Claim Construction Briefs | June 17, 2010 |
| Responsive Claim Construction Briefs | June 30, 2010 |
| Reply Claim Construction Briefs | July 7, 2010 |

| Tutorial | July 12, 2010, 9:00 a.m. |
|---|---|
| Markman Claim Construction Hearing | August 4, 2010, 9:00 a.m. |

IT IS SO STIPULATED.

DATED:  October 28, 2009                    HAYNES AND BOONE, LLP


                                            By  /c/  Clark S. Stone
                                               Clark S. Stone
                                               Attorneys for Plaintiff
                                               ZIRCON CORPORATION

DATED:  October 28, 2009                    PILLSBURY WINTHROP SHAW PITTMAN LLP


                                            By  /c/  Bryan P. Collins
                                               Bryan P. Collins
                                               Attorneys for Defendant
                                               THE STANLEY WORKS

                                               *Filer's Attestation: Pursuant to General Order
                                               No. 45, Section X.B. regarding non-filing
                                               signatories, Clark S. Stone hereby attests that
                                               concurrence in the filing of this Stipulation has
                                               been obtained from Bryan P. Collins*


IT IS SO ORDERED.

DATED:  November 2 _____, 2009              _____
                                               Hon. Phyllis J Hamilton
                                               United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*