CLARK S. STONE (SBN 202123)
JENNIFER M. LANTZ (SBN 202252)
INCHAN A. KWON (SBN 247614)
**HAYNES AND BOONE, LLP**
2033 Gateway Place, Suite 400
San Jose, California 95110
Phone: (408) 392-9250
Facsimile: (408) 392-9262
E-mail: clark.stone@haynesboone.com
         jennifer.lantz@haynesboone.com
         inchan.kwon@haynesboone.com

Attorneys for Plaintiff
ZIRCON CORPORATION

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
VERNON H. GRANNEMAN (SBN 83532)
vernon.granneman@pillsburylaw.com
DIANNE L. SWEENEY (SBN 187198)
dianne.sweeney@pillsburylaw.com
2475 Hanover Street
Palo Alto, California 94304
Phone: (650) 233-4500
Facsimile: (650) 233-4545

BRYAN P. COLLINS (admitted *pro hac vice*)
bryan.collins@pillsburylaw.com
1650 Tysons Blvd.
McLean, Virginia 22102
Phone: (703) 770-7538
Facsimile: (703) 770-7900

Attorneys for Defendant
THE STANLEY WORKS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ZIRCON CORPORATION, a California corporation,<br><br>                Plaintiff,<br><br>v.<br><br>THE STANLEY WORKS, a Connecticut corporation,<br><br>                Defendant. | Case No. 4:09-cv-00042 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER TO PROCEED BEFORE MAGISTRATE JUDGE ELIZABETH D. LAPORTE**<br><br>Judge: Honorable Phyllis J. Hamilton<br>Date Comp. Filed: January 6, 2009<br>Trial Date: None set |

1  This stipulation is entered into by and between Plaintiff Zircon Corporation ("Zircon") and
2  Defendant The Stanley Works ("Stanley") as follows:
3  WHEREAS, the parties both previously declined to proceed before a Magistrate Judge in
4  the above-captioned matter;
5  WHEREAS, at the parties' recent Initial Case Management Conference on October 15,
6  2009, the parties jointly requested that the court schedule an early summary judgment motion as to
7  the infringement of the asserted patent in the above-captioned matter;
8  WHEREAS, the court denied the parties' request but invited the parties to reconsider
9  proceeding instead before a U.S. Magistrate Judge of the parties' choice in this District;
10  WHEREAS, Magistrate Judge Elizabeth D. Laporte has been consulted regarding the
11  parties' proposal to schedule an early summary judgment motion and has indicated her willingness
12  to accommodate the parties' proposal; and
13  WHEREAS, the parties now jointly consent to proceed before Magistrate Judge Laporte
14  for all purposes;
15  NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, through
16  their respective counsel of record, to refer the above-captioned matter to Magistrate Judge
17  Elizabeth D. Laporte to conduct all further proceedings, and hereby respectfully request that an
18  Initial Case Management Conference be scheduled promptly before Magistrate Judge Laporte.
19
20  IT IS SO STIPULATED.
21
22  DATED: November 9, 2009          HAYNES AND BOONE, LLP
23                                   By  /s/ Clark S. Stone
                                         Clark S. Stone
24                                       Attorneys for Plaintiff
                                         ZIRCON CORPORATION
25
26  DATED: November 9, 2009          PILLSBURY WINTHROP SHAW PITTMAN LLP
27                                   By  /s/ Bryan P. Collins
                                         Bryan P. Collins
28                                       Attorneys for Defendant
                                         THE STANLEY WORKS

STIPULATION AND [PROPOSED] ORDER TO PROCEED BEFORE MAGISTRATE JUDGE – CASE NO. 4:09-cv-00042 PJH    1

1
2
3
4
5  IT IS SO ORDERED.
6
7  DATED: 11/12/09 , 2009
8
...
28

*Filer's Attestation: Pursuant to General Order No. 45, Section X.B. regarding non-filing signatories, Clark S. Stone hereby attests that concurrence in the filing of this Stipulation has been obtained from Bryan P. Collins*

Hon. Phyllis J Hamilton
UNITED STATES DISTRICT JUDGE