| | |
|---|---|
| 1 | CLARK S. STONE (SBN 202123) |
| 2 | JENNIFER M. LANTZ (SBN 202252)<br>NICOLAS S. GIKKAS (SBN 189452) |
| 3 | INCHAN A. KWON (SBN 247614)<br>**HAYNES AND BOONE, LLP** |
| 4 | 2033 Gateway Place, Suite 400<br>San Jose, California 95110 |
| 5 | Phone: (408) 392-9250<br>Facsimile: (408) 392-9262 |
| 6 | E-mail:clark.stone@haynesboone.com<br>jennifer.lantz@haynesboone.com |
| 7 | nicolas.gikkas@haynesboone.com<br>inchan.kwon@haynesboone.com |
| 8 | Attorneys for Plaintiff |
| 9 | ZIRCON CORPORATION |
| 10 | **PILLSBURY WINTHROP SHAW PITTMAN LLP** |
| 11 | DIANNE L. SWEENEY (SBN 187198)<br>dianne.sweeney@pillsburylaw.com |
| 12 | 2475 Hanover Street<br>Palo Alto, California 94304 |
| 13 | Phone: (650) 233-4500<br>Facsimile: (650) 233-4545 |
| 14 | |
| 15 | BRYAN P. COLLINS (admitted *pro hac vice*)<br>bryan.collins@pillsburylaw.com |
| 16 | 1650 Tysons Blvd.<br>McLean, Virginia 22102 |
| 17 | Phone: (703) 770-7538<br>Facsimile: (703) 770-7900 |
| 18 | |
| 19 | Attorneys for Defendant<br>THE STANLEY WORKS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZIRCON CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE STANLEY WORKS, a Connecticut corporation,<br><br>Defendant. | Case No. 4:09-cv-00042 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**  AS MODIFIED |

1  This stipulation is entered into by and between Plaintiff Zircon Corporation ("Zircon") and
2  Defendant The Stanley Works ("Stanley") (collectively, "the Parties"), through their counsel of
3  record, on the following bases:

5  1. The Parties in this matter jointly requested that the Court schedule an early
6  summary judgment motion as to the infringement of the asserted patent in the above-captioned
7  matter and to that end, on December 14, 2009 Stanley filed a Notice of Motion and Motion for
8  Summary Judgment of Non-Infringement which noticed the hearing for the motion for March 16,
9  2010 at 9:00 a.m. before Magistrate Judge Laporte;

10  2. On December 15, 2009 the Parties appeared before Magistrate Judge Laporte for a
11  Case Management Conference ("CMC") wherein the Court limited discovery to the issues raised
12  in the Motion for Summary Judgment of Non-Infringement as memorialized in the Civil Minutes;

13  3. At the time of the CMC, the Parties advised the Court that they would cooperate to
14  move the hearing date on the Motion for Summary Judgment of Non-Infringement, if necessary,
15  based on the actual progress made in the collection of limited discovery relevant to said motion;

16  4. Since the CMC, the Parties have been cooperating in the discovery process. The
17  Parties are, however, still working through discovery issues with a third party in Hong Kong
18  (Solar Wide Industrial Ltd.) and need to complete the deposition of an individual who resides in
19  Hong Kong as well as the collection of all documents relevant to said deposition; and

20  5. Counsel for the Parties jointly request that the hearing date be rescheduled for May
21  4, 2010 so that all discovery relevant to the Motion for Summary Judgment of Non-Infringement
22  can be collected. No opposition has yet been filed in response to said motion.

23  NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that:
24  Pursuant to Civil Local Rule 6-1(b), the hearing on Stanley's Motion for
25  Summary Judgment of Non-Infringement shall be continued to ~~May 4,~~ **MAY 7** 2010 at 9:00 a.m. before
26  the Honorable Magistrate Judge Laporte. Opposition and reply papers shall be filed ~~in accordance~~
27  ///
28

1  ~~with the Local Rules~~. ON APRIL 13 AND APRIL 20, 2010, RESPECTIVELY.

2      IT IS SO STIPULATED.

4  DATED: February 23, 2010     PILLSBURY WINTHROP SHAW PITTMAN, LLP

6  By /s/ Dianne L. Sweeney
7  Dianne L. Sweeney
   Attorneys for Defendant
   THE STANLEY WORKS

*Filer's Attestation: Pursuant to General Order No. 45, Section X.B. regarding non-filing signatories, Clark S. Stone hereby attests that concurrence in the filing of this Stipulation has been obtained from Dianne L. Sweeney*

12  DATED: February 23, 2010     HAYNES AND BOONE, LLP

13  By /s/ Clark S. Stone
    Clark S. Stone
14  Attorneys for Plaintiff
    ZIRCON CORPORATION

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

19  DATED: February 24, 2010     /s/ Elizabeth D. Laporte
    Hon. Elizabeth D. Laporte
20  UNITED STATES MAGISTRATE DISTRICT JUDGE