CLARK S. STONE (SBN 202123)
JENNIFER M. LANTZ (SBN 202252)
NICOLAS S. GIKKAS (SBN 189452)
INCHAN A. KWON (SBN 247614)
**HAYNES AND BOONE, LLP**
2033 Gateway Place, Suite 400
San Jose, California 95110
Phone:  (408) 392-9250
Facsimile: (408) 392-9262
E-mail:clark.stone@haynesboone.com
        jennifer.lantz@haynesboone.com
        nicolas.gikkas@haynesboone.com
        inchan.kwon@haynesboone.com

Attorneys for Plaintiff
ZIRCON CORPORATION

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
DIANNE L. SWEENEY (SBN 187198)
dianne.sweeney@pillsburylaw.com
2475 Hanover Street
Palo Alto, California 94304
Phone: (650) 233-4500
Facsimile: (650) 233-4545

BRYAN P. COLLINS (admitted *pro hac vice*)
bryan.collins@pillsburylaw.com
1650 Tysons Blvd.
McLean, Virginia 22102
Phone: (703) 770-7538
Facsimile: (703) 770-7900

Attorneys for Defendant
THE STANLEY WORKS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZIRCON CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE STANLEY WORKS, a Connecticut corporation,<br><br>Defendant. | Case No. 4:09-cv-00042 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT** AS MODIFIED |

1        This stipulation is entered into by and between Plaintiff Zircon Corporation ("Zircon") and

2   Defendant The Stanley Works ("Stanley") (collectively, "the Parties"), through their counsel of

3   record, on the following bases:

4

5        1.        The Parties in this matter jointly requested that the Court schedule an early

6   summary judgment motion as to the infringement of the asserted patent in the above-captioned

7   matter and to that end, on December 14, 2009 Stanley filed a Notice of Motion and Motion for

8   Summary Judgment of Non-Infringement which noticed the hearing for the motion for March 16,

9   2010 at 9:00 a.m. before Magistrate Judge Laporte;

10       2.        On December 15, 2009 the Parties appeared before Magistrate Judge Laporte for a

11  Case Management Conference ("CMC") wherein the Court limited discovery to the issues raised

12  in the Motion for Summary Judgment of Non-Infringement as memorialized in the Civil Minutes;

13       3.        At the time of the CMC, the Parties advised the Court that they would cooperate to

14  move the hearing date on the Motion for Summary Judgment of Non-Infringement, if necessary,

15  based on the actual progress made in the collection of limited discovery relevant to said motion;

16       4.        Since the CMC, the Parties have been cooperating in the discovery process.  The

17  Parties are, however, still working through discovery issues with a third party in Hong Kong

18  (Solar Wide Industrial Ltd.) and need to complete the deposition of an individual who resides in

19  Hong Kong as well as the collection of all documents relevant to said deposition; and

20       5.        Counsel for the Parties jointly request that the hearing date be rescheduled for May

21  4, 2010 so that all discovery relevant to the Motion for Summary Judgment of Non-Infringement

22  can be collected.  No opposition has yet been filed in response to said motion.

23       NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that:

24       Pursuant to Civil Local Rule 6-1(b), the hearing on Stanley's Motion for

                                                        MAY 7
25  Summary Judgment of Non-Infringement shall be continued to ~~May 4~~, 2010 at 9:00 a.m. before

26  the Honorable Magistrate Judge Laporte.  Opposition and reply papers shall be filed ~~in accordance~~

27  ///

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT OF NON-INFRINGEMENT; [PROPOSED] ORDER - Case No. 4:09-cv-00042 EDL                    1

1    ~~with the Local Rules~~. ON APRIL 13 AND APRIL 20, 2010, RESPECTIVELY.

2        IT IS SO STIPULATED.

3

4    DATED: February 23, 2010                PILLSBURY WINTHROP SHAW PITTMAN, LLP

5

6                                            By _____
                                             Dianne L. Sweeney
7                                            Attorneys for Defendant
                                             THE STANLEY WORKS

8                                            *Filer's Attestation: Pursuant to General Order
                                             No. 45, Section X.B. regarding non-filing
9                                            signatories, Clark S. Stone hereby attests that
                                             concurrence in the filing of this Stipulation has
10                                           been obtained from Dianne L. Sweeney*

11

12   DATED: February 23, 2010                HAYNES AND BOONE, LLP

13                                           By /s/ Clark S. Stone
                                             _____
                                             Clark S. Stone
14                                           Attorneys for Plaintiff
                                             ZIRCON CORPORATION

15

16

17

18       **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

19   DATED: __February 24_____, 2010        _____
                                             Hon. Elizabeth D. Laporte
20                                           UNITED STATES MAGISTRATE DISTRICT
                                             JUDGE

21

22

23

24

25

26

27

28