IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZIRCON CORPORATION, | No. C-09-0042-EDL |
| Plaintiff, | **JUDGMENT** |
| v. | |
| THE STANLEY WORKS, | |
| Defendants. | |

This action came before the Court, Magistrate Judge Elizabeth D. Laporte presiding, and a decision having been fully rendered;

IT IS ORDERED AND ADJUDGED that in accordance with the Court's order of May 14, 2010, Defendant's Motion for Summary Judgment is GRANTED.

**IT IS SO ORDERED.**

Dated: May 24, 2010

ELIZABETH D. LAPORTE
United States Magistrate Judge